# EXHIBIT A


Coinbase
victim's funds come from here
likely personal binance account belonging to hacker
[redacted]
hacker sends funds here
India-based fiat off-ramp
Binance
Thief 1
Thief 2
Thief 3
CoinDCX
Huobi
CoinGaming
Suspicious 1
Suspicious 3
ChangeNOW
Suspicious 2
Suspicious 7
Bitfinex
Suspicious 5
Suspicious 4
Suspicious 8
Swftchain Deposits
Suspicious 6
Changehero
HitBtc.com
Changelly
[redacted] sends here convert to USDT address [redacted]
All outputs are for USDT to [redacted]
belongs to coinswapping service, possibly fox exchange
166.8 BTC sent to Changelly from address cluster [redacted]
Deposits to here are to ETH addresses identified on the USDT graph according to data from Changelly
207.08
2.34
2.43
1.00
18.62
100.00
105.32
0.24
0.34
15.00
0.79
5.00
10.00
67.00
0.14
11.00
7.00
0.15
2.01
13.00
2.50
30.00
1.47
0.10
17.49
20.00
8.48
0.18
1.48
0.38
1.74
1.77
6.74
91.71
23.36
6.37