AGUSTIN D. OROZCO (Bar No. 271852)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Phone: (213) 622-4750
Fax: (213) 622-2690
Email: aorozco@crowell.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>APPROXIMATELY 9,816,861 TETHER DIGITAL CURRENCY,<br><br>DEFENDANT. | No. 2:21-cv-07460-JAK-JC<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF SILVER ARCH DEVELOPMENT CORP. IN DEFENDANT PROPERTY** |

Pursuant to Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and 18 U.S.C § 983(a)(4)(A), Claimant Silver Arch Development Corp. ("Claimant"), by and through its undersigned counsel, files this verified claim and statement of interest in the entirety of the following property subject to forfeiture: approximately 9,816,861 Tether digital currency, more or less (the "Defendant Currency"). In support of its Verified Claim, Claimant states as follows:

1. Claimant is a corporation organized under the laws of the British Virgin Islands.

2. Claimant is Victim G.R.'s successor in interest. G.R.'s background is set forth in paragraphs 13-16 of the Verified Complaint (D.E. 1) in the above-captioned action.

3. Claimant has an ownership interest in the entirety of the Defendant Currency.

4. Claimant's legally recognizable interests in the Defendant Currency give Claimant a superior right, title, and interest in the Defendant Currency over any and all interests in the Defendant Currency asserted by the Government.

5. Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits its appearance to asserting and defending its claim.

6. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action.

Dated: March 15, 2022            CROWELL & MORING LLP

BY:   /s/Agustin D. Orozco
            AGUSTIN D. OROZCO

*Attorneys for Claimant*
Silver Arch Development Corp.

## VERIFICATION OF CLAIM

I am a Director of Silver Arch Development Corp. I verify under penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest is true and correct, to the best of my knowledge.

**EXECUTED ON**: March _14_, 2022.

_____
Norma Rosenhain
Director
Silver Arch Development Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing VERIFIED CLAIM AND STATEMENT OF INTEREST OF SILVER ARCH DEVELOPMENT CORP. IN DEFENDANT PROPERTY was caused to be served on all interested parties, including Assistant United States Attorney Dan G. Boyle, attorney for Plaintiff, by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

Dated: March 15, 2022

By:    */s/ Agustin D. Orozco*
       Agustin D. Orozco